# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Boyd, Carole M.*     Case No.
   *aka Carole M. Bayer*     Chapter *13*

_____ / Debtor

Attorney for Debtor: *Robert G. Whitley, Jr.*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____     */s/ Boyd, Carole M.*
                                                    Debtor

```
Boyd, Carole M
23328 W. 135th St
PO Box 957
Plainfield, IL  60544

Chase
PO Box 44090
Jacksonville, FL  32231-4090

Chase Mortgage
Att: HE Default Payment Proces
PO Box 24785
Columbus, OH  43224-0785

Codilis & Associates, PC
15W030 N. Frontage Road
Suite 100
Willowbrook, IL  60527

Robert G. Whitley, Jr.
15028 S. Desplaines St.
Plainfield, IL  60544

Will County Clerk
302 N. Chicago St.
Joliet, IL  60432
```

Case 13-33399    Doc 1    Filed 08/21/13    Entered 08/21/13 19:43:12    Desc Main
          Document      Page 4 of 17

Case 13-33399    Doc 1    Filed 08/21/13    Entered 08/21/13 19:43:12    Desc Main
          Document      Page 7 of 17

Case 13-33399    Doc 1    Filed 08/21/13    Entered 08/21/13 19:43:12    Desc Main
         Document      Page 8 of 17

Case 13-33399    Doc 1    Filed 08/21/13    Entered 08/21/13 19:43:12    Desc Main
Document    Page 9 of 17

Case 13-33399    Doc 1    Filed 08/21/13    Entered 08/21/13 19:43:12    Desc Main
Document    Page 14 of 17